UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
M2 Consultancy, LLC,

                Plaintiff,

  -against-

Marko Capital Corp.,

                Defendant.
------------------------------------------------------------------ X

15-CV-00358 (ARR)(MDG)

<u>NOT FOR ELECTRONIC
OR PRINT PUBLICATION</u>

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 14, 2016, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Brissett v. Manhattan & Bronx Surface Transit Operating Auth.</u>, No. 09-CV-1930682, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, this court hereby orders that plaintiff M2 Consultancy, LLC be awarded $435,000.00 in damages and $58,885.74 in pre-judgment interest through March 31, 2016, and at a daily rate of $107.26 thereafter until the entry of judgment.

SO ORDERED.

                                      /s/(ARR)
                                      Allyne R. Ross
                                      United States District Judge

Dated:      April 8, 2016
              Brooklyn, New York